1

2                                                          Honorable Barbara J. Rothstein

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9           **FOR THE WESTERN DISTRICT OF WASHINGTON**
                                **AT SEATTLE**

10

PEGGY NEFF,                                    Case No.:  2:20-cv-00253-BJR

11
                    Plaintiff,
12

13          vs.                                **STIPULATION AND ORDER OF**
                                               **DISMISSAL OF ALL CLAIMS WITH**
14   JOHNSON CONTROLS, INC., a Wisconsin       **PREJUDICE**
     corporation,
15

16                  Defendant.

17

18                                **STIPULATION**

19          Plaintiff Peggy Neff and Defendant Johnson Controls, Inc. stipulate and agree that all of

20   Plaintiff's claims against Defendant should be dismissed with prejudice and without assessment

21   by the Court of costs or attorneys' fees to any party.

22   //

23   //

24   //

25   //

26   //

STIPULATION AND ORDER OF
DISMISSAL OF ALL CLAIMS WITH
PREJUDICE - 1
Case No. 2:20-CV-00253-BJR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7057 | Fax: 206-693-7058

1

2

Dated:  November 4, 2020.

3

*Presented by:*

4

**CONNOR & SARGENT PLLC**

5

6

By: */s/ Anne-Marie Sargent*
   Anne-Marie Sargent, WSBA #27160

7

   Derik R. Campos, WSBA #47374
   1000 Second Avenue, Suite 3670

8

   Seattle, WA  98104
   Telephone:  (206) 654-4011

9

   Email:   aes@cslawfirm.net
          derik@cslawfirm.net

10

11

**Attorneys for Plaintiff**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: */s/ Adam T. Pankratz*
By: */s/ Kyle D. Nelson*
   Adam T. Pankratz, WSBA #50951
   Kyle D. Nelson, WSBA #49981
   1201 Third Avenue, Suite 5150
   Seattle, WA  98101
   Telephone:  (206) 693-7057
   Email:   adam.pankratz@ogletree.com
          kyle.nelson@ogletree.com

**Attorneys for Defendant**

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE - 2
Case No. 2:20-cv-00253-BJR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## **ORDER**

The Court reviewed the parties' Stipulation and Order of Dismissal of All Claims with Prejudice, and is fully advised.

Pursuant to the parties' Stipulation and Order of Dismissal of All Claims, the Court DISMISSES all of Plaintiff's claims with prejudice and without an assessment by the Court of costs or attorneys' fees to any party.  Case No. 2:20-cv-00253-BJR is closed.

DATED: November 5, 2020

_Barbara J. Rothstein_

Honorable Barbara J. Rothstein
United States District Court Judge

STIPULATION AND ORDER OF
DISMISSAL OF ALL CLAIMS WITH
PREJUDICE - 3
Case No. 2:20-cv-00253-BJR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7057 | Fax: 206-693-7058